■ JEFFREY R. CALDWELL, Appellant, v LINDA CALDWELL, Respondent. (Appeal No. 2.) [619 NYS2d 976] —Order unanimously affirmed without costs. Same Memorandum as in *Caldwell v Caldwell* (209 AD2d 1022 [decided herewith]). (Appeal from Order of Supreme Court, Erie County, Whelan, J.—Counsel Fees.) Present—Denman, P. J., Green, Fallon, Wesley and Doerr, JJ.